UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMIE BARTELS,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | No. 2:25-cv-01950-RSM<br><br>ORDER ON PENDING MOTIONS AND TO EXTEND DEADLINES |

This matter comes before the Court on Petitioner's Motions at Dkts. #4, #6, #7, and #8, as well as Respondents' Status Report, Dkt. #14. The Court finds that Petitioner's Motion for Reconsideration, Dkt. #4, is procedurally improper as it seeks reconsideration of an order in a separate action, and duplicative as it seeks the same relief sought in the Motions at Dkt. #6 and #7. The relief at issue is Mr. Bartels's request for a copy of his client file from his former counsel. It is the Court's understanding that the Government is reaching out to this former counsel to obtain these records, or a portion of these records. The Court will therefore deny the Motion for Evidentiary Hearing, Dkt. #6, and defer ruling on the Motions at Dkt. #7 and #8 until after these records have been received by the Government and shared with Petitioner. Having reviewed the Government's Status Report and good cause for an extension having been shown, the Court ORDERS as follows:

1) The deadline in the Court's Order at Dkt. #9 directing the Government to file an answer is extended to April 29, 2026.

2) On the face of its Answer, the United States shall note this matter for the fourth Friday following the filing of its Answer, and the Clerk shall note the matter on the Court's docket accordingly.

3) Petitioner may file a Reply to the Answer no later than the noting date.

4) The Government is DIRECTED to promptly share any materials it receives from Petitioner's former counsel with Petitioner.

5) The Motions at Dkts. #4 and #6 are DENIED.

6) The Motions at Dkts. #7 and #8 are RE-NOTED for consideration on March 6, 2026, with response briefs with updated argument due from the Government on March 2, 2026.

The Clerk shall direct a copy of this Order to Petitioner.

IT IS SO ORDERED this 16th day of January, 2026.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE